39 F.3d 1169
 18 Employee Benefits Cas. 2689, Pens. Plan Guide P 23901Z
Henglein (George W.), Albacker (L.C.), Andrews (R.B.),
Appeldorn (R.L.), Ashenbaugh (R.H.), Austin (A.L.), Bagosi
(J.W.), Balser (J.D.), A. Barrasso, Bauer (J.O.), Best
(E.E.), Bigleman (H.W.), Blazier (C.R.), Bressanelli (J.P.),
Brown (G.D.), Buchholz (F.C.), Calvin (E.C.), Campbell
(R.R.), Castellano (P.D.), Cerasi (J.L.), Chapman (E.),
Christy (S.), Costello (T.M.), Dauka (C.A.), Decosta (A.J.),
DeGrande (M.G.), Diccio (A.S.), Dimarzio (A.P., C.J.),
 NO. 94-3074
 United States Court of Appeals,
Third Circuit.
 Sept 26, 1994
 
 1
 Appeal From: W.D.Pa.;
 
 Appealing after remand 17 F.3d 1429
 
 2
 REVERSED.